UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, Trustee, and INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs,<br><br>        v.<br><br>HOOKS AV, LLC, an Illinois foreign limited liability company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:18-cv-02397-JRS-DML<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Judgment is entered in favor of Plaintiffs, Mark McCleskey, Trustee, Indiana State council of Plasterers and Cement Masons Health and Welfare and Pension Funds and against Defendant Hooks AV, LLC in the sum of $10,000.00.

**SO ORDERED.**

Date: 7/21/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Donald D. Schwartz
ARNOLD & KADJAN
dds@aandklaw.com

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court